IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL BOYD,<br>　　　　Plaintiff,<br><br>v.<br><br>JAMES LARSON, et al.,<br>　　　　Defendants. | : CIVIL ACTION NO. 1:16-cv-01789<br>:<br>: (Judge Kane)<br>: (Magistrate Judge Saporito)<br>: |

## ORDER

AND NOW, this 5th day of October, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motion to appoint counsel (Doc. 16), is DENIED WITHOUT PREJUDICE.

　　　　　　　　　　　　　　　　*/s/ Joseph F. Saporito, Jr.*
　　　　　　　　　　　　　　　　JOSEPH F. SAPORITO, JR.
　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated: October 5, 2016

**FILED**
**WILKES BARRE**

OCT 0 5 2016

Per ___M S___