IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL BOYD, | : | |
|    Plaintiff | : | |
| | : | No. 1:16-cv-1789 |
| v. | : | |
| | : | (Judge Kane) |
| JAMES LARSON, et al., | : | |
|    Defendants | : | (Magistrate Judge Saporito) |
| | : | |

## ORDER

Before the Court in the above-captioned action is the April 21, 2017 Report and Recommendation of Magistrate Judge Saporito. (Doc. No. 44.) No timely objections have been filed. **ACCORDINGLY**, on this 9th day of May 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 44);

2. Plaintiff's Motions for Preliminary Injunctive Relief (Doc. Nos. 14, 26), are **DENIED**; and

3. This matter is recommitted back to Magistrate Judge Saporito for further proceedings.

                                                       s/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania